UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**WEED-SCHERTZER,** *et al.*

    Plaintiffs,

v.

**NUDELMAN, KLEMM & GOLUB,**

    Defendant.

Civ. No. 10-6402 (WJM)

**ORDER**

A Report and Recommendation was filed on September 23, 2011 recommending that Plaintiffs' motion for an award of attorney's fees and costs be reduced. ECF No. 24; *see also Weed-Schertzer v. Nudelman, Klemm & Golub*, No. 10-6402, 2011 WL 4436553 (D.N.J. Sept. 23, 2011). The parties were notified that they had fourteen (14) days to submit objections and responses to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2).  No objection or response having been received by this Court, and the Court having reviewed the thorough and well-reasoned Report and Recommendation *de novo*, and good cause appearing;

    **IT IS** on this 13th day of October 2011, hereby,

    **ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is further

1

  **ORDERED** that Plaintiffs' motion for attorney's fees and costs is **GRANTED IN PART AND DENIED IN PART**; and it is further

  **ORDERED** that Plaintiffs' counsel is awarded $4,742.50 in attorney's fees and $350.00 in costs and expenses for a total award of $5,092.50.

/s/ William J. Martini<br>
**WILLIAM J. MARTINI, U.S.D.J.**

cc: The Hon. Mark Falk, U.S.M.J.